```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| LAMONT TAYLOR | : | CIVIL ACTION |
| vs. | : | |
| JAMES L. GRACE, et al. | : | NO. 08-CV-2562 |

## ORDER

AND NOW, this 20th day of November, 2008, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, the Response and Reply thereto, and after review of the Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport dated October 28, 2008 and the Petitioner's Objections thereto, it is hereby ORDERED that:

1. the Report and Recommendation is APPROVED and ADOPTED;

2. the Petition for Writ of Habeas Corpus is DISMISSED and without an evidentiary hearing; and

3. there is no probable cause to issue a certificate of appealability.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.